UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DYNASTY, LLC,

                    Plaintiff,

          -against-

JAMES HARTE,

                    Defendant.

25-CV-7223

ORDER DENYING IFP APPLICATION

JESSICA G. L. CLARKE, United States District Judge:

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status, requested by Defendant at ECF No. 2, is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 12, 2026
        White Plains, New York

                              SO ORDERED.

                              _Jessica Clarke_

                              JESSICA G. L. CLARKE
                              United States District Judge